

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2020

No. 04-19-00518-CR

Camron Leo **SANCHEZ-VASQUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8320
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

This court's February 3, 2020, submission letter setting this appeal for formal submission and oral argument on March 26, 2020, at 9:00 a.m. is WITHDRAWN. All requests for oral argument are DENIED.

The above cause is set for formal submission ON BRIEFS ONLY before this court on March 26, 2020, before a panel consisting of Justice Luz Elena D. Chapa, Justice Beth Watkins, and Justice Liza A. Rodriguez.

It is so **ORDERED** on March 13, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court